UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
In Re:

ANGEL RUIZ,

                      Debtors,
----------------------------------------------------------x

Chapter 13

Case No. 12-B-14046

## TRUSTEE'S REPORT ON UNCLAIMED DIVIDENDS

To: THE CLERK OF THE BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK:

    Jeffrey L. Sapir, Trustee of the estate of the above named debtor, reports that the following dividend(s) are unclaimed over 90 days from the date of issuance:

| CLAIMANT(s)' NAME & LAST KNOWN ADDRESS | AMOUNT OF DIVIDEND |
|---|---|
| Angel Ruiz<br>451 West 48th Street, Apt 3W<br>New York, New York 10036 | $2,679.00<br>refund |

    Trustee's check to your order in the sum of $2,679.00 is annexed representing the total of the aforesaid unclaimed dividend(s).

Dated:  White Plains, New York
           September 30, 2014

                                              Respectfully submitted,
                                              /s/ *Jeffrey L. Sapir*
                                              JEFFREY L. SAPIR
                                              Standing Chapter 13 Trustee

*[RECEIVED stamp: OCT - 8 2014, U.S. BANKRUPTCY COURT, SO. DIST. OF NEW YORK]*